Emily Kleinschmidt, Defendant in Error, v. August Kleinschmidt, Plaintiff in Error.

Gen. No. 23,103. (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. CHARLES M. THOMSON, Judge, presiding. Heard in this court at the October term, 1917. Transferred to Supreme Court. Opinion filed December 17, 1917.

### Statement of the Case.

Bill by Emily Kleinschmidt, complainant, against August Kleinschmidt, defendant, for divorce on the ground of habitual drunkenness. From a decree for complainant, defendant brings error.

NORTHRUP, BURNHAM, FAIRBANK & KLEIN, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 147*—*when freehold interest is involved in divorce suit.* Under Rev. St. ch. 37, sec. 25 (J. & A. ¶ 2968), denying jurisdiction to the Appellate Courts in the State in matters involving a freehold, the Appellate Court has no jurisdiction of a writ of error from a decree in divorce proceedings dispossessing defendant of his interest in land held by the parties as tenants in common, as a freehold interest in real estate is involved.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.